CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN  (SBN 192632)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants, KENDALEE GARNER
and HARLEN V. GARNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH LYN BROWN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KENDALEE GARNER, an individual, and<br>HARLEN V. GARNER, an individual,<br><br>　　　　Defendants. | CASE NO.  2:09-CV-01250-MCE-CMK<br><br>STIPULATION TO CONTINUE TIME TO FILE JOINT STATUS REPORT; AND ORDER THEREON |

COME NOW, Plaintiff and Defendants and jointly request that the Court continue the deadline to file a Joint Status Report contained in the Order Requiring Joint Status Report filed on May 7, 2009.  In support of said stipulated request, the parties state as follows:

　　　　1.　　By Order of this Court dated  May 7, 2009, it was ordered that "within sixty (60) of service of the complaint... the parties shall prepare and submit to the Court a <u>joint status report</u> ..."

　　　　2.　　The complaint was served on defendants on May 23, 2009, thereby making the last day to prepare and submit a joint status report July 22, 2009.

　　　　3.　　Defense counsel, Charles S. Painter, has taken Family Leave from his law firm in order to deal with a health issue involving his 85 year old  mother.

　　　　4.　　The parties request the deadline to prepare and submit a joint status report be continued for forty-five (45) days.

STIP TO CONTINUE FILING OF JOINT STATUS REPORT;  ORDER THEREON
09-093/PLEADING.003                                                             1
CSP:ep

WHEREFORE, the parties jointly request that the Court continue the deadline to prepare and submit a joint status report for forty-five (45) days.

DATED:  July 22, 2009

ERICKSEN ARBUTHNOT

By: _____
CHARLES S. PAINTER (SBN 89045 )
Attorneys for Defendants, KENDALEE GARNER and HARLEN V. GARNER

DATED:  July 22, 2009

HINSHAW, DRAA, MARSH, STILL & HINSHAW

/s/ Tyler G. Draa
(as authorized on 7/22/2009)
By: _____
TYLER G. DRAA (SBN 99619)
Attorney for Plaintiff

**ORDER**

Upon a showing of good cause, IT IS HEREBY ORDERED that the deadline to prepare and submit a joint status report be continued for forty-five (45) days. The joint status report shall be submitted no later than September 8, 2009.

Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIP TO CONTINUE FILING OF JOINT STATUS REPORT;  ORDER THEREON
09-093/PLEADING.003                             2
CSP:ep