TYLER G. DRAA, ESQ. - State Bar No. 099619
PATRICK C. STOKES, ESQ. - State Bar No. 251558
LAW OFFICES OF
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A PARTNERSHIP
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Plaintiff, ELIZABETH LYN BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH LYN BROWN, | CASE NO.: 2:09-CV-01250-MCE-CMK |
| Plaintiff, | |
| vs. | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL; ORDER** |
| KENDALEE GARNER, an individual, and HARLEN V. GARNER, an individual, | |
| | Complaint Filed: May 6, 2009 |
| Defendants. | |

Plaintiff ELIZABETH BROWN, by and through her attorney of record, Tyler G. Draa, of Hinshaw, Draa, Marsh, Still & Hinshaw, and Defendants KENDALEE GARNER and HARLEN V. GARNER, by and through their attorney of record, Charles Painter, Esq., of Ericksen Arbuthnot hereby agree and stipulate as follows:

The parties have successfully negotiated a settlement in complete resolution of the above-referenced action. The parties have agreed to maintain confidentiality concerning the terms and amount of settlement, however, one of the terms of settlement is that there shall be an immediate dismissal of the above-referenced suit, with prejudice, both parties to bear their own costs of suit.

Law Offices of
HINSHAW, DRAA, MARSH,
STILL & HINSHAW
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645

–1–

STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

Dated: September 22, 2009                HINSHAW, DRAA, MARSH, STILL & HINSHAW

By: _____
    TYLER G. DRAA
    Attorney for Plaintiff, ELIZABETH LYN BROWN

Dated: September ____, 2009              ERICKSEN ARBUTHNOT

By: _____
    CHARLES PAINTER, ESQ.
    Attorney for Defendants, KENDALEE GARNER and HARLEN V. GARNER

## ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned law suit is dismissed, with prejudice. Per the parties' stipulation, IT IS FURTHERED ORDERED that each party shall bear his or her own costs of suit. The Clerk of Court is directed to close this file.

Dated: October 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv1250.stip.1007.wpd

Law Offices of
HINSHAW, DRAA, MARSH, STILL & HINSHAW
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645

-2-

STIPULATION FOR ENTRY OF ORDER OF DISMISSAL